HELEN W. MULLIGAN, Appellant, v. HELEN NOWROCKI, Doing Business under the Name of HEDGE'S GRILL, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Monroe Trial Term granting plaintiff's motion to withdraw a juror, and that the case may go over the term on payment of $50 costs to be taxed.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

■

HELEN W. MULLIGAN, Respondent, v. HELEN NOWROCKI, Doing Business Under the Name of HEDGE'S GRILL, Appellant.— Order modified, as a matter of discretion, by striking out the provision for costs and, as modified, affirmed, without costs of this appeal to either party. All concur. (Appeal from an

order of Monroe Special Term granting plaintiff's motion to amend her bill of particulars.)  Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.